158 A.3d 1177

DAVID SNYDER, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF LIVINGSTON BAGELS, INC., AND AS TRUSTEE OF THE DAVID SNYDER TRUST, PLAINTIFF, v. RITA SNYDER, ET AL., DEFENDANTS, AND RITA SNYDER, INDIVIDUALLY, AND RITA SNYDER AND BETH J. SCHLOSSMAN, AS CO-TRUSTEES OF THE SNYDER FAMILY TRUST, RITA SNYDER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SOL SNYDER, ET AL., THIRD-PARTY PLAINTIFFS-RESPONDENTS, v. DAVID SNYDER, ET AL., THIRD-PARTY DEFENDANTS. (SPECIAL FISCAL AGENT RICHARD D. TRENK, ESQ.-PETITIONER)

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004116–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.